IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
<u>SOUTHERN DIVISION</u>

| | | |
|---|---|---|
| PAUL SMITH, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CV 06-PT-1859-S |
| | ) | |
| RALPH HOOKS, WARDEN; ATTORNEY GENERAL FOR THE STATE OF ALABAMA, | ) ) | |
| | ) | |
| Respondents. | ) | |

<u>MEMORANDUM OF OPINION</u>

The magistrate judge filed findings and recommendation on May 2, 2008, recommending that the petition for writ of habeas corpus be denied. The parties were allowed fifteen days in which to file objections. No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, the Court is of the opinion that the magistrate judge's findings are due to be and are hereby ADOPTED and his recommendation is ACCEPTED. Accordingly, the petition for writ of habeas corpus is due to be DENIED. A Final Judgment will be entered.

As to the foregoing it is SO ORDERED this the 27th day of May, 2008.

_____
**ROBERT B. PROPST**
**SENIOR UNITED STATES DISTRICT JUDGE**